IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| NATIONAL AMERICAN INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>DIVERSIFIED ENVIRONMENTAL & ENERGY SERVICES, LLC, YOEN LUNA LOERNA, INDIVIDUALLY and as REPRESENTATIVE OF THE ESTATE OF JULIAN ARTURO LOZANO, NIZA LOZANO, VANESSA JUDITH LOZANO LUNA, and JULIAN SALVADOR LOZANO LUNA, III<br><br>Defendants. | CV 22-105-BLG-KLD<br><br>ORDER |

Pursuant to the Court's prior order, the parties have filed a joint Stipulation of Dismissal with Prejudice. (Doc. 37). The parties request that this Court dismiss the above-captioned matter with prejudice, with each party to bear its own costs and fees. Accordingly,

IT IS ORDERED that the above-captioned matter is DISMISSED WITH PREJUDICE, with each party to bear its owns costs and fees.

1

The Clerk of Court is directed to close the case file.

DATED this 19th day of May, 2023.

_____
Kathleen L. DeSoto
United States Magistrate Judge